Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers (State Bar No. 261025)
schambers@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Attorneys for Defendants
WELLS FARGO BANK, N.A.
and BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA VILLEGAS | CASE NO. C 12-5909 DMR |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT |
| vs. | |
| WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS; AND DOES 1 - 20, inclusive | |
| Defendants. | Complaint Filed: July 13, 2012 |

Defendants Wells Fargo Bank, N.A. and Bank of America, N.A. ("Defendants") filed an administrative motion requesting that their deadline to file a response to Plaintiff's Complaint be extended to December 10, 2012. Plaintiff did not file any opposition.

Good cause appearing, Defendants' administrative motion is granted. Defendants shall have up to and including December 10, 2012, to file a responsive pleading in this matter.

IT IS SO ORDERED.

Dated: November 27, 2012          _____
                                    Hon. Donna M. Ryu, Magistrate Judge