IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RUFINA VILLEGAS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

No. C 12-5909 RS

**ORDER DISMISSING CASE WITH PREJUDICE**

    Plaintiff Rufina Villegas, representing herself, filed a complaint for damages as well as declaratory and injunctive relief in an effort to reverse the foreclosure of the subject real property and clarify the parties' respective rights to it.  Defendants' motion to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) was granted without prejudice.  Villegas was informed that failure to file an amended complaint on or before April 15, 2013, would result in her case being dismissed without further notice.  No such complaint having been filed, it hereby is.

    IT IS SO ORDERED.

Dated: 5/6/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-5909 RS
ORDER